UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN CHARLES BEYETT, | No. C-13-4571 EMC (pr) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| BRAD SMITH; *et al.*, | |
| Defendants. | |

This *pro se* civil action was filed on October 3, 2013, at which time the Court notified Plaintiff in writing that the action was deficient due to the failure to pay the filing fee or furnish a completed and signed court-approved *in forma pauperis* application. Plaintiff was advised that failure to pay the fee or file the application materials within thirty days would result in dismissal of the action. Plaintiff did not pay the filing fee or file a completed *in forma pauperis* application, and the deadline by which to do so has passed. The *in forma pauperis* application he filed is DENIED because it is incomplete in that he failed to attach to it the "certified copy of the trust account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint," as required by 28 U.S.C. § 1915(a)(2). This action is **DISMISSED** without prejudice for failure to pay the filing fee or submit a completed *in forma pauperis* application. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: June 20, 2014

_____
EDWARD M. CHEN
United States District Judge